FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 18, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JULIE CUTRELL, KATHY CUTRELL and JENNIFER CUTRELL,<br><br>Plaintiffs,<br><br>v.<br><br>RICE and PETERSON,<br><br>Defendants. | No. 2:24-cv-00261-JAG<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE |

By Order filed September 16, 2024, the Plaintiffs were directed to pay the full filing fee or submit a properly completed Application to Proceed *In Forma Pauperis* within thirty days.  ECF No. 5.  The Plaintiffs have consented to proceed before a magistrate judge by operation of Local Magistrate Judge Rule (LMJR) 2(b)(2) as no party returned a Declination of Consent Form to the Clerk's Office by the established deadline. ECF No. 3.

There has been no response to the Court's order.  Accordingly, **IT IS ORDERED:**

1. Plaintiff's Complaint is **DISMISSED** without prejudice.

2. Plaintiffs shall provide notice of the dismissal to any and all Defendant(s) served with a copy of the Complaint and Summons.

**IT IS SO ORDERED.**

ORDER DISMISSING CASE WITHOUT PREJUDICE - 1

The District Court Executive is directed to file this order and provide a copy to Plaintiff.

DATED November 15, 2024.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER DISMISSING CASE
WITHOUT PREJUDICE - 2